## ST. FRANCIS HOSPITAL
## *v.* COUNTY OF KAUAI.

### No. 4664.

MAY 10, 1968.

RICHARDSON, C.J., MIZUHA, MARUMOTO,
ABE AND LEVINSON, JJ.

*Per Curiam.* The court having considered this case and finding that the appeal in this matter is without merit,

The judgment is affirmed.

*Thomas W. Flynn* for plaintiff-appellee.

*Kei Hirano,* Deputy County Attorney (*Toshio Kabutan,* County Attorney, with him on the briefs), for defendant-appellant.